[No. 43327-3-II. Division Two. October 8, 2013.]

PILCHUCK CONTRACTORS, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-15686-6, Brian M. Tollefson, J., entered March 29, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 67875-2-I. Division One. October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KELSEY MARIE JOHNSON, *Defendant*, KEITH THOMAS BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09211-7, Theresa B. Doyle, J., entered April 13, 2011. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick and Dwyer, JJ.

[No. 67910-4-I. Division One. October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON KELLY BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06726-1, Timothy A. Bradshaw, J., entered October 28, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Lau and Verellen, JJ.

[No. 68132-0-I. Division One. October 14, 2013.]

NINA L. MARTIN, *Individually and as Personal Representative*, ET AL., *Appellants*, v. DEMATIC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-05566-3, Linda C. Krese, J., entered January 13, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Schindler, JJ. Now published at 178 Wn. App. 646.